4:22-cv-01103-LPR-JTR

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

I. Civil Action N.O 1983

NOV 1 4 2022                    ①

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

This is a civil action that is authorized by 42 usc. section 1983 to redress the deprivation under color of state law, of rights secured by the constitution of united states of America.

The White County District of Arkansas is an appropriate venue under the 1983 act section b because this is where the events ocurred.

II. Plaintifs            This case assigned to District Judge **Rudofsky**
                         and to Magistrate Judge **Ray**

Micheal Parker (873476) is an was at all times mentioned herein an inmate at the White County Detention Center, and is currently confined at the White County Detention Center.

James Bell (550591) is an was at all times when the events occured an inmate at the White County Dentention Center, and is currently confined at the White County Detention Center.

Joshua Haynes (7201) is an was at all times when the events occured an inmate at the White County Detention Center, and is currently confined at the White County Detention Center.

Deston Roland (491917) is an was at all times when the events occured an inmate at the White County Detention Center, and is currently confined at the White County Detention Center.

Ronald Hardin (17284) is an was at all times when the events occured an inmates at the White County Detention Center, and is currently confined at the White County Detention Center.

DeWayne Crawford (12924) is an was at all times when the events occured an inmates at the White County Detention Center, and is currently confined at the White County Detention Center.

Chris Koser (937500) is an was at all times when the events occured an inmates at the White County

III  Defendants

Captain Edwards, is the captain of the White County Detention Center and is legally responsible for the welfare of all the inmates in White County Detention Center.

The guard on duty (Weatherly) at the time of incident is a staff member of White County Detention Center, and is at all time mentioned in this complaint with the rank of a guard and assigned to the White County Detention Center staff.

Each defendant is said individually.

IV  Facts

The guard allowed the inmates (10-15) in the Pod.

The guard placed a magnet over the doors window so no one could see in or out of the pod.

The group of inmates assulted Micheal Parker and other inmates in the Pod.

The group of inmates were stopped and the situation was defused by Joshua Haynes, Dewayne Crawford, Ronald Hardin, and Desiron Roland.

Then the guard came back and got the group of inmates and took them back to the pod of their choice.

The very next afternoon around 3:30pm 6 or 7 guards and administrative staff of the White County Detention Center took the pod (all inmates) to the exercise yard.

Outside waiting, the guards brought drug dogs in and searched for contriband with finding anything. The search yeilded no illegal contriband.

③

## V. Legal Claims

8th Amendment to the constitution of the United States of america, caused Micheal Parker, Joshua Haynes, Dewayne Crawford, Ronald Hardin, Deston Roland, and Chris Koser, and James Bell physical, mental, emotional or spiritual injury that is not repairple in their lives due to the way the events occured. due to the why the events of the staff at the White County Detention Center.

1st Amendment under the Constitution of the United States of America, States that these illegal injury's causing Micheal Parker, James Bell, Joshua Haynes, Dewayne Crawford, Ronald Hardin, Deston Roland, and Chris Koser, no plin, ediquit or complete remedy to redress the wrong described herein.

## VI. Prayer for Relief

Wherefor the plaintifs respectfully pray that this court enter judgement granting the plaintiff (guard on duty) a declaration that the acts and omissions described herein violate his Violate his rights under the Constitution and laws of the United States, and

A preliminary and permanent injunction ordering defendants (Cpt. Edwards) and the guard on duty (weatherly) to cease their retaliation towards Plaintiffs.

Granting Plaintiff (Parker) compensatory damages in the amount of $50,000. against each defendants jointly and severly.

Plaintiffs Bell, Haynes, Crawford, Hardin, Koser, Roland Compensatory damages of $5,000.00 from both defendants jointly and severly.

All plaintiffs seek nominal damages and punitive damages in the amount of $50,000.00

④

Plaintiff also seeks a jury trial on all things triable by jury.

Plaintiffs also seeks recovery of the cost in this suit and any additional relief this court deems just, proper, and equitable

Dated: Oct. 29th, 2022

Respectfully submitted, Micheal Parker
# 873476
White County Detention Center
1600 E. Booth Rd
Searcy, AR 72143

James Bell #550591
White County Detention Center
1600 E. Booth Rd
Searcy, AR 72143

Joshua Haynes # 7201
White County Detention Center
1600 E. Booth Rd
Searcy, AR 72143

Deston Roland # 491917
1600 E. Booth Rd
Searcy, AR 72143

Ronald Hardin #17284
1600 E. Booth Rd
Searcy, AR 72143

Dewayne Crawford # 12921
1600 E. Booth Rd

Chris Keser #937500
1600 E. Booth Rd    Searcy AR. 72143

⑤

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alledged on information and belief, and, as to these, I believe them to be true, I certify under penalty of perjury that the foregoing is true and correct.

Executed at Searcy, AR on Oct. 28, 2022

/s/ Micheal Parker
Micheal Parker

/s/ James Bell
James Bell

/s/ Joshua Haynes
Joshua Haynes

/s/ Deston Roland
Deston Roland

/s/
Ronald Hatlin

/s/ DeWayne Crawford
DeWayne Crawford

/s/
Chris Koser

Micheal Parker # 873476
1600 E. Booth Rd
White County Detention Center
Searcy, AR 72143

LITTLE ROCK AR  720

29 OCT 2022  PM 4   L



Mailed From
White County
Detention Center

72201-339919

United States District Court
600 W. Capital Ave
Little Rock, AR 72201