IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESTON ROLAND**                                                                                   **PLAINTIFF**

**v.**                                          **Case No. 4:22-cv-01103-LPR**

**EDWARDS, Captain,**
**White County Detention Center, et al.**                                            **DEFENDANTS**

**ORDER**

On November 14, 2022, Deston Roland ("Plaintiff"), an inmate in the White County Detention Center ("WCDC"), filed a pro se Complaint pursuant to 42 U.S.C. § 1983.[1]  On December 13, 2022, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $402 filing fee or file a motion to proceed *in forma pauperis*.[2]  The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of his Complaint.[3]  Plaintiff has not complied with or otherwise responded to the December 13, 2022 Order, and the time for doing so has passed.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[4]  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 2).

[3] *Id.*

[4] *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

IT IS SO ORDERED this 28th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE